IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 22-cr-00266-NYW

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

JUSTIN J. MOLL,

    Defendant.

---

RESPONSE TO STATE'S MOTION
FOR LEAVE TO FILE OUT OF TIME (ECF No. 22)

---

On October 4, 2022, the Court entered an Order to Show Cause after the People of the State of Colorado failed to appear at an evidentiary hearing that had been set on the question of removal of this action from state court. ECF No. 17. The Order required the State, "absent extraordinary circumstances," to appear and explain no later than October 11, 2022, why this case should not be removed and dismissed. ECF No. 17 at 3-4. The State did not appear or submit a response until October 12, 2022. ECF No. 20; ECF No. 21. The District Attorney for the State explained in an email to chambers that she was busy with other matters and could not figure out how to use CM/ECF. ECF No. 22. The Court construed this email as a motion for leave to file out of time and directed Defendant, United States Postal Inspector Justin Moll, to respond to it. *Id.*

Inspector Moll does not oppose the Court taking consideration of the State's untimely response to the Order to Show Cause.

1

Inspector Moll does note that the Court informed the State that it would grant "no extensions" of the State's deadline "absent extraordinary circumstances." ECF No. 17 at 4. The press of business and unfamiliarity with the Court's systems or procedures are not extraordinary circumstances, especially in light of the several months' notice the State has had of these federal proceedings, and the several orders to appear that the State has ignored in this case.

Nor is it clear that the State has met even the ordinary standards for an extension of time under these circumstances. When a party is seeking leave to extend a deadline after the deadline has passed, Rule 45(b)(1)(B) of the Federal Rules of Criminal Procedure requires the party to show both "good cause" and "excusable neglect." Here, the State's motion raises the press of business and difficulty with using the Court's electronic filing system. ECF No. 22. It not clear whether these circumstances suffice to show good cause. *See* ECF No. 17 at 4 (stating that unfamiliarity with Court's rules is not "good cause for not physically appearing to address the Court, absent any Order excusing it"). These circumstances also may also not constitute excusable neglect, depending on the Court's weighing of the relevant factors. *See, e.g.*, *United States. v. Torres*, 372 F.3d 1159, 1162 (10th Cir. 2004) (quoting *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd.*, 507 U.S. 380, 392 (1993)) (setting out a four-factor test for excusable neglect under Fed. R. App. P. 4(a), with fault as the most important factor); *Pioneer*, 507 U.S. at 392 n.9 (noting that circuit courts have generally used the same excusable neglect analysis under Fed. R. App. 4 and Fed. R. Crim. P. 45).

The Tenth Circuit has observed, however, that "comity demands that federal courts dot their i's and cross their t's before taking the serious step of removing a state criminal prosecution

to federal court." *Wyoming* v. *Livingston*, 443 F.3d 1211, 1225 (10th Cir. 2006).[1] Given this consideration, Inspector Moll does not oppose the State's out-of-time filing.

Dated: October 18, 2022.          Respectfully submitted,

         COLE FINEGAN
         United States Attorney

         *s/ V. William Scarpato III*
         V. William Scarpato III
         Jasand Mock
         United States Attorney's Office
         1801 California Street, Suite 1600
         Denver, Colorado 80202
         Telephone: (303) 454-0100
         Fax: (303) 454-0407
         Victor.Scarpato@usdoj.gov

         Attorney for Defendant

---

[1] As set forth separately in more detail in Inspector Moll's response to the Order to Show Cause (ECF No. 23), the State's response to the Order to Show Cause identified no disputed factual question relevant to removal.

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

District Attorney Linda Stanley
11th Judicial District
Park County
P.O. Box 1206
Fairplay, CO 80440
lstanley@da11thjd.org

and I hereby certify that on the same date I am causing the foregoing to be delivered to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

None.

*s/ V. William Scarpato III*
V. William Scarpato III