**From:** Linda Stanley
**Sent:** Wednesday, October 12, 2022 4:21 PM
**To:**
**Cc:**
**Subject:** Moll 22-cr-266

Honorable Judge Wang:
Per your Order to Show Cause, I applied and was accepted for admission to the federal courts. I also opened a PACER account and linked it to the CM/ECF account. I completed the Entry of Appearance (per the instructions on the Federal Courts webpage) and completed my Response to the Order to Show Cause and Response to Remove Case to Federal Court. I was in docket all day yesterday and planned on filing the documents after docket and after I read them again to see if there was anything else I needed to add. Of course, I wanted to add more to the document so I worked on it a few hours longer. I then saved them and went back into PACER to file them. The next two hours I attempted to file them to no avail. I looked all over the webpage and I even Googled how to file in federal court to no avail. It was then approximately 11:45 pm and the only thing I could think to do was send them to opposing counsel and the general email that is on the Federal Courts webpage to show that they were complete but unable to be filed. Since it was late, I could not contact anyone for assistance. This morning, opposing counsel replied that they could not help and to try to speak to someone at the courts. Due to my schedule today, I was unable to speak to someone until the last hour or so (I did reply to the courts at 11:30 this morning when they replied to my original email from the night before). I just got off the phone with Ashley and she was able to explain the process a little easier but confirmed how confusing it is for most individuals especially the first time they are filing court documents. What I found particularly amazing is how the federal courts have several tutorials on how to apply for attorney admission, etc. but I could not find any such tutorials on filing into an existing case.
My apologies to the court for the filing being late. I am aware of the deadline and the need for the electronic filing requirements by the deadline that the court imposed. At this point, I throw myself onto the mercy of the court and ask for acceptance of the filings.

Best Regards,

*Linda Stanley*
Linda Stanley
District Attorney
11th Judicial District