CASE CAPTION: <u>People of the State of Colorado v. Justin J. Moll</u>

CASE NO.: <u>22-cr-00266-NYW</u>

EXHIBIT LIST OF: <u>People of the State of Colorado and Defendant Justin J. Moll</u>

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---------|---------|------------------|-------------|---------|----------|---------|--------------------|
| 1 | Moll | USPIS Manual § 2.9.10 – Use of Emergency Equipment and Vehicle Pursuit | Yes – as to admissibility | | | | |
| 2 | -- | Dashcam video from Colorado State Patrol | Yes – as to admissibility | | | | |
| 3 | -- | Colorado State Patrol Media Chain of Custody Report for dashcam video | Yes – as to admissibility | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |