IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE NINA Y. WANG

Case No. 22-cr-00266-NYW                         Date: November 14, 2022

Case Title: PEOPLE OF THE STATE OF COLORADO v. JUSTIN J. MOLL

Defendant's WITNESS LIST

| WITNESS/ DESCRIPTION OF TESTIMONY | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Justin J. Moll | November 14, 2022 – 30 minutes |
| Inspector Moll will testify to his conduct as a federal law enforcement officer responding to a reported arson on the morning of July 16, 2021. | |